IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL HERNANDEZ,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                   No. 16-cv-85-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 14, 2016 (Doc. 6), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:  s/*Caitlin Fischer*
       Deputy Clerk

Dated: April 14, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.04.14 13:50:43 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT